| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Michael A. Morris |
| Debtor 2 (Spouse, if filing) | Ruth E. Morris |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number | 20-50170-amk |

Official Form 410S1

# Notice of Mortgage Payment Change                                         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 5 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2022

**New total payment:**
Principal, interest, and escrow, if any  $ 862.83

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 0.00     New escrow payment: $ 180.57

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%
   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                         page 1

| Debtor 1 | Michael A. Morris | Case number (if known) 20-50170-amk |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 12/20/2021

Print: Molly Slutsky Simons
      First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
         Number   Street
         Loveland      OH   45140
         City          State  ZIP Code

Contact phone: 513-444-4100

Email: bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

MICHAEL A MORRIS
12828 SMITH RD
SPENCER OH 44275

Analysis Date: December 01, 2021                                                                                               Final
Property Address: 12828 SMITH ROAD SPENCER, OH 44275                                                                           Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Nov 2021 to Jan 2022. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 01, 2022: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 682.26 | 682.26 ** | Due Date: | Dec 01, 2021 |
| Escrow Payment: | 0.00 | 180.57 | Escrow Balance: | (489.30) |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 541.71 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | ($1,031.01) |
| Total Payment: | $682.26 | $862.83 | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 0.00 |
| Nov 2021 | | | | 489.30 * | Forced Place Insur | 0.00 | (489.30) |
| | | | | | Anticipated Transactions | 0.00 | (489.30) |
| Nov 2021 | | | | 180.57 | Forced Place Insur | | (669.87) |
| Dec 2021 | | | | 180.57 | Forced Place Insur | | (850.44) |
| Jan 2022 | | | | 180.57 | Forced Place Insur | | (1,031.01) |
| | $0.00 | $0.00 | $0.00 | $1,031.01 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: December 01, 2021  Final
Borrower: MICHAEL A MORRIS  Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (1,031.01) | 0.00 |
| Feb 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Mar 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Apr 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| May 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Jun 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Jul 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Aug 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Sep 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Oct 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Nov 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Dec 2022 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| Jan 2023 | 180.57 | 180.57 | Forced Place Insur | (1,031.01) | 0.00 |
| | $2,166.84 | $2,166.84 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 0.00. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 361.14 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (1,031.01). Your starting balance (escrow balance required) according to this analysis should be $0.00. This means you have a shortage of 1,031.01. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 2,166.84. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 180.57 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $180.57 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

| | |
|---|---|
| In Re: | Case No. 20-50170-amk |
| Michael A. Morris<br>Ruth E. Morris | Chapter 13 |
| Debtor. | Judge Alan M. Koschik |

## CERTIFICATE OF SERVICE

I certify that on December 20, 2021, a true and correct copy of this Notice of Mortgage Payment Change was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Bruce Hall, Debtors' Counsel
    bhall160229@gmail.com

    Keith Rucinski, Chapter 13 Trustee
    efilings@ch13akron.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Michael A. Morris, Debtor
    12828 Smith Road
    Wellington, OH 44090

Ruth E. Morris, Debtor
12828 Smith Road
Wellington, OH 44090

                                        Respectfully Submitted,

                                        /s/ Molly Slutsky Simons
                                        Molly Slutsky Simons (0083702)
                                        Sottile & Barile, Attorneys at Law
                                        394 Wards Corner Road, Suite 180
                                        Loveland, OH 45140
                                        Phone: 513.444.4100
                                        Email: bankruptcy@sottileandbarile.com
                                        Attorney for Creditor